| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Reade, Linda R. | 2. Court or Organization District Court ND Iowa | 3. Date of Report 09/17/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |
| 7. Chambers or Office Address U.S. Courthouse 111 7th Ave SE Cedar Rapids, IA 52401 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 08/01/93 | State of Iowa and filer-Iowa Judicial Retirement Plan. The state is paying me retirement income as of February 2013. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 09/17/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2/27/13 | State of Iowa judicial retirement income--paid monthly beginnning 2/27/13 | $28,284.98 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Bradshaw Fowler Proctor & Fairgrave, PC - professional fees and buy out |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 09/17/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 09/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Bank Accounts | A | Interest | L | T | | | | | |
| 2. CSCO Stock | A | Dividend | J | T | | | | | |
| 3. Medtronic Inc. Stock | A | Dividend | J | T | | | | | |
| 4. Deferred Comp Plan | A | Int./Div. | J | T | | | | | |
| 5. -Stock Index Fund-Valic | | None | | | | | | | |
| 6. -Science & Technology Fund-Valic | | None | | | | | | | |
| 7. -Putnam New Opportunity Fund-Valic | | None | | | | | | | |
| 8. -Putnam Global Gr Fund-Valic | | None | | | | | | | |
| 9. -American Cent Ultra Fund-Valic | | None | | | | | | | |
| 10. Retirement Account | E | Int./Div. | P1 | T | | | | | |
| 11. -Schwab Money Market Fund | | | | | | | | | |
| 12. -AT&T (T) | | | | | Buy | 10/22/13 | L | | |
| 13. -Access (ACCP) | | | | | | | | | |
| 14. -Altria Group, Inc (MO) | | | | | | | | | |
| 15. -Amedisys Inc.(AMED) | | | | | | | | | |
| 16. -Ameriprise Financial (AMP) | | | | | Sold (part) | 01/03/13 | K | | |
| 17. | | | | | Sold | 03/07/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 09/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Annaly Capital Mgmt Reit (NLY) | | | | | Buy (add'l) | 06/06/13 | K | | |
| 19. | | | | | Buy (add'l) | 06/12/13 | J | | |
| 20. | | | | | Buy (add'l) | 06/20/13 | K | | |
| 21. | | | | | Buy (add'l) | 08/07/13 | J | | |
| 22. -Apple (APPL) | | | | | Buy (add'l) | 01/24/13 | K | | |
| 23. | | | | | Buy (add'l) | 01/25/13 | K | | |
| 24. | | | | | Buy (add'l) | 04/17/13 | K | | |
| 25. -Arm Holdings (ARMH) | | | | | Sold | 04/23/13 | K | | |
| 26. -AuricoGold Inc (AUQ) | | | | | Buy | 02/05/13 | J | | |
| 27. -Bank of Am Corp (BAC) | | | | | Sold | 12/20/13 | K | | |
| 28. -Barclays Bank (VXX) | | | | | Sold | 08/15/13 | J | | |
| 29. -Barrick Gold Corp (ABX) | | | | | | | | | |
| 30. -Berkshire Hathaway | | | | | | | | | |
| 31. -Blackrock Health Sciences Fund (SHSAX) | | | | | | | | | |
| 32. -Blackrock Build Am (BBN) | | | | | Buy | 12/23/13 | K | | |
| 33. -Blackstone Grp (BX) | | | | | Buy | 11/08/13 | K | | |
| 34. -Canadian Oil (COSWF) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 09/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Carlyle Grp (CG) | | | | | Buy | 11/18/13 | K | | |
| 36. -Citigroup Inc (C) | | | | | Sold | 03/07/13 | K | | |
| 37. -Cleanpath Resources (CLNP) | | | | | | | | | |
| 38. -Crestwood MID LP(CMLP) | | | | | Buy | 11/21/13 | K | | |
| 39. | | | | | Sold | 12/13/13 | K | | |
| 40. -Dana Holding (DAN) | | | | | Sold (part) | 06/07/13 | K | | |
| 41. | | | | | Sold | 07/01/13 | K | | |
| 42. -Deere (DE) | | | | | | | | | |
| 43. -Dell Inc (Dell) | | | | | Sold | 09/18/13 | J | | |
| 44. -Dendreon Corp (DNDN) | | | | | | | | | |
| 45. -Dole | | | | | Buy | 02/01/13 | K | | |
| 46. | | | | | Buy (add'l) | 03/13/13 | J | | |
| 47. | | | | | Sold | 06/11/13 | K | | |
| 48. -Donnelley (RRD) | | | | | Sold (part) | 07/31/13 | K | | |
| 49. -Doubleline Inc (DSL) | | | | | Buy | 12/23/13 | K | | |
| 50. -DuPont (DD) | | | | | | | | | |
| 51. -EMC | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 09/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Exxon Mobile (XOM) | | | | | | | | | |
| 53. -Facebook (FB) | | | | | Buy | 09/27/13 | K | | |
| 54. | | | | | Sold | 12/12/13 | K | | |
| 55. -Ford Motor Co (F) | | | | | | | | | |
| 56. -General Electric Co (GE) | | | | | | | | | |
| 57. -Genworth Financial (GNW) | | | | | Buy | 04/01/13 | K | | |
| 58. | | | | | Sold | 05/01/13 | K | | |
| 59. -Goldman Sachs Group Inc(GS) | | | | | | | | | |
| 60. -Google (GOOG) | | | | | Sold | 01/23/13 | L | | |
| 61. -Guidewire (GWRE) | | | | | Sold | 01/14/13 | K | | |
| 62. -GSV Capital (GSVC) | | | | | Buy | 08/07/13 | K | | |
| 63. -Hovnanian (HOV) | | | | | Buy | 03/06/13 | J | | |
| 64. -IShares MSCI Australia Index Fund (EWA) | | | | | Sold | 05/02/13 | K | | |
| 65. -Inergy (NRGY) now Crestwood Equity LP | | | | | Sold | 11/21/13 | K | | |
| 66. -Intel (INTC) | | | | | Buy | 06/05/13 | K | | |
| 67. -Ishares ETF MSCI Frontier 100 Fund | | | | | Buy | 06/04/13 | K | | |
| 68. | | | | | Sold | 11/05/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 09/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -ITAU UNI Holding (ITUB) | | | | | Buy | 09/16/13 | J | | |
| 70. -JP Morgan Chase (JPM) | | | | | Sold | 09/17/13 | L | | |
| 71. -Jabil Circuit (JBL) | | | | | Sold (part) | 05/17/13 | K | | |
| 72. | | | | | Buy (add'l) | 12/18/13 | J | | |
| 73. -Jetblue (JBLU) | | | | | Buy | 11/14/13 | K | | |
| 74. -Johnson Controls(JCI) | | | | | Sold | 10/22/13 | K | | |
| 75. -LSI Corp (LSI) | | | | | Sold | 12/16/13 | K | | |
| 76. -Manulife Finan (MFC) | | | | | | | | | |
| 77. -Matthews Pacific Tiger Fund | | | | | | | | | |
| 78. -Metlife (MET) | | | | | | | | | |
| 79. -Microsoft (MSFT) | | | | | | | | | |
| 80. -Morgan Stanley (MS) | | | | | Buy | 01/23/13 | K | | |
| 81. | | | | | Sold (part) | 05/15/13 | K | | |
| 82. -Newmont Mining (NEM) | | | | | Buy | 08/27/13 | K | | |
| 83. -Northwest Bankshares (NWBI) | | | | | Buy | 04/01/13 | K | | |
| 84. -NVIDIA (NVDA) | | | | | | | | | |
| 85. -Owens Illinois (OI) | | | | | Buy | 07/29/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 09/17/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Paragon Shipppug (PRGN) | | | | | | | | | |
| 87. -Pembina Pipeline (PBA) | | | | | | | | | |
| 88. -Petroleo Brasileiro(PBR) | | | | | | | | | |
| 89. -Pfizer (PFE) | | | | | | | | | |
| 90. -Pimco (PTY) | | | | | | | | | |
| 91. -Potash Corp (POT) | | | | | Buy (add'l) | 07/30/13 | K | | |
| 92. -Principal Financial (PFG) | | | | | | | | | |
| 93. -Proctor & Gamble (PG) | | | | | | | | | |
| 94. -Quanta Services Inc (PWR) | | | | | Sold | 05/02/13 | K | | |
| 95. -Renhe Commercial Hldg (RNHEF) | | | | | | | | | |
| 96. -Repligen Corp (RGEN) | | | | | Buy | 12/11/13 | J | | |
| 97. -Royal Dutch Shell (RDSA) | | | | | Buy (add'l) | 12/20/13 | K | | |
| 98. -SAIC Inc (SAI) now Leidos (LDOS) | | | | | Buy | 04/01/13 | K | | |
| 99. | | | | | Sold | 11/21/13 | K | | |
| 100. -Science App. (SAIC) | | | | | Spinoff (from line 99) | 09/27/13 | J | | |
| 101. -Safe Bulkers (SB) | | | | | | | | | |
| 102. -Seagate Technology (STX) | | | | | Sold | 05/02/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 09/17/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Siemens AG (SI) | | | | | | | | | |
| 104. -Sirius XM (Siri) | | | | | Buy | 11/25/13 | J | | |
| 105. | | | | | Buy (add'l) | 12/26/13 | J | | |
| 106. -Sodastream (SODA) | | | | | Buy | 07/17/13 | K | | |
| 107. -Suntech Power (STP) | | | | | | | | | |
| 108. -Telecom Argentina SA (TCMFF) | | | | | | | | | |
| 109. -Teva Pharm Inds, LTd (TEVA) | | | | | | | | | |
| 110. -Time Warner (TWX) | | | | | | | | | |
| 111. -Time Warner Cable (TWC) | | | | | | | | | |
| 112. -Total SAADRF1 (TOT) | | | | | | | | | |
| 113. -Tsakos Energy (TNP) | | | | | | | | | |
| 114. -Ultrapar Particpacoes SA (UGP) | | | | | Sold | 05/03/13 | L | | |
| 115. -Vanguard Total World Stock (VT) | | | | | | | | | |
| 116. -Veracyte Inc (VCYT) | | | | | Buy | 12/11/13 | J | | |
| 117. -Verizon Communications (VZ) | | | | | | | | | |
| 118. -VISA | | | | | Buy | 12/30/13 | K | | |
| 119. -Vodafone (VOD) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 09/17/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Wal-Mart DE CVSPN Adr F | | | | | | | | | |
| 121. -Wells Fargo & Co | | | | | | | | | |
| 122. -Yahoo (YHOO) | | | | | Sold | 01/15/13 | K | | |
| 123. -Yamana Gold Incoo (AVY) | | | | | | | | | |
| 124. McVean Trading and Investment | B | Int./Div. | K | T | | | | | |
| 125. Farm 1 Dallas Co., IA | D | Rent | M | W | | | | | |
| 126. Farm 3 Dallas Co. IA | D | | L | W | | | | | |
| 127. Farm 5 Adair Co, IA | D | Rent | N | W | | | | | |
| 128. Farm 6 Adair Co, Iowa (Y) | | | | | | | | | |
| 129. Farm 7 Adair Co, IA | D | | L | W | | | | | |
| 130. Farm 8 Adair Co, IA(Y) | | | | | | | | | |
| 131. Farm 9 Adair Co, IA(Y) | | | | | | | | | |
| 132. Farm 10 Adair Co, IA | D | Rent | N | W | | | | | |
| 133. Farm 11 Adair Co, IA(Y) | | | | | | | | | |
| 134. Farm 14 Adams Co, IA | E | Rent | M | W | | | | | |
| 135. Farm 15 Adams Co, IA | D | Rent | L | W | | | | | |
| 136. Farm 18 Adams Co, IA(Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Reade, Linda R. | 09/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Farm 19 Taylor Co. County, IA (Y) | | | | | | | | | |
| 138. Farm 20 Decatur County, IA | B | Rent | J | W | | | | | |
| 139. Cincinnati Life Insurance Whole Life Policy | | None | M | T | | | | | |
| 140. Mineral Interest, Dallas County, IA | D | Royalty | J | T | | | | | |
| 141. Fidelity ExplorRoyalty Bowman Co, ND | C | Royalty | J | T | | | | | |
| 142. Ben Con Properties LLC Des Moines, IA | | None | M | U | | | | | |
| 143. Towne View Apartments, LTD, Des Moines, IA | B | Rent | L | U | | | | | |
| 144. Phoenix-Tuson Ranch LLC | A | Int./Div. | K | T | | | | | |
| 145. Brokerage 1 | D | Int./Div. | M | T | | | | | |
| 146. -Schwab money market | A | Interest | J | T | | | | | |
| 147. -Aecom Tech (ACM) | | None | | | Sold | 02/22/13 | K | B | |
| 148. -American Airlines Grp (AAL) | | None | K | T | Buy | 12/09/13 | J | | |
| 149. | | | | | Buy (add'l) | 12/19/13 | J | | |
| 150. -At & T (T) | A | Dividend | K | T | | | | | |
| 151. -Cadence Pharm (CADX) | | None | J | T | Sold (part) | 12/19/13 | J | A | |
| 152. -Cliffs Natural Resources (CLF) | A | Dividend | J | T | | | | | |
| 153. -Crocc (CROX) | | None | K | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 09/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Devon Energy (DVN) | A | Dividend | | | Sold | 12/19/13 | J | | |
| 155. -Dole (DOLE) | | | | | Buy | 03/20/13 | J | | |
| 156. | | | | | Sold | 06/18/13 | J | A | |
| 157. -Electronic Arts Inc (ERTS now EA) | | None | | | Sold | 07/24/13 | K | B | |
| 158. -GSVC Capital (GSVC) | | None | J | T | Buy | 08/14/13 | J | | |
| 159. -Hatteras Financial (HTS) | C | Dividend | J | T | Buy (add'l) | 01/18/13 | J | | |
| 160. | | | | | Buy (add'l) | 04/19/13 | J | | |
| 161. | | | | | Buy (add'l) | 07/22/13 | J | | |
| 162. | | | | | Buy (add'l) | 10/28/13 | J | | |
| 163. | | | | | Sold (part) | 12/09/13 | K | | |
| 164. -Hollyfrontier Corp (HFC) | A | Dividend | K | T | Buy | 08/05/13 | K | | |
| 165. -International Paper (IP) | A | Dividend | | | Sold | 07/25/13 | K | E | |
| 166. -NVIDA (NVDA) | A | Dividend | | | Sold | 12/19/13 | J | | |
| 167. -Pimco Opp Fund (PTY) | A | Dividend | J | T | Buy | 06/20/13 | J | | |
| 168. -Qualcom (QCOM) | A | Dividend | | | Sold | 10/14/13 | K | A | |
| 169. -Ruby Tuesday (RT) | | None | J | T | | | | | |
| 170. -Seadrill (SDRL) | | None | K | T | Buy | 12/09/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 09/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Sodastream Intntl (SODA) | | None | J | T | Buy | 08/14/13 | J | | |
| 172. -Suncor Energy (SU) | A | Dividend | K | T | Buy | 02/25/13 | K | | |
| 173. -Supervalue (SVU) | | None | J | T | | | | | |
| 174. -Vale SA ADR (VALE) | A | Dividend | J | T | | | | | |
| 175. Brokerage II | A | Int./Div. | L | T | | | | | |
| 176. -ARM Holdings | A | Dividend | | | Sold | 07/17/13 | K | C | |
| 177. -Bank Amer Corp | A | Dividend | | | Sold | 02/27/13 | J | D | |
| 178. -GSV Cap Corp | | None | J | T | Buy | 08/07/13 | J | | |
| 179. -Hovnanian Ent Inc | | None | J | T | Buy | 02/27/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Suburban Propane (SPH) was sold 9/18/2012 for less than $15,000. The court erred in its 2012 report by not showing that transaction.

Lines    127,128 and 130   -On May 15, 2013 filer's spouse entered in to a like kind exchange with Martin Spellman. He gave up his interest Farms 6 and 8 for Mr. Spellman's interest in Farm 5

Lines   132,133, and 137   -On August 13, 2013 filer's spouse entered in to a like kind exchange with Martin Spellman,  He gave up his interest in Farms 19 and 11 for a portion of  Mr. Spellman's intereest in Farm 10

Lines     133, 136 and 131  -On October 20, 2013 filer's spouse enterested in to a like kind exchange with Martin Spellman.  He gave up his interest in Farms 18 and 9 for the rest of Mr. Spellman's interest in Farm 10

Lines 126,129  ----the income is crops

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Linda R. Reade**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544